BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ETHAN D. KNIGHT, OSB #99298**
**GEOFFREY A. BARROW**
Assistant United States Attorneys
ethan.knight@usdoj.gov
geoffrey.barrow@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

FILED 12 FEB '16 7:51 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:16-CR-00064-JO |
| v. | |
| GEOFFREY STANEK, and<br>TRAVIS COX,<br>**Defendants.** | MOTION TO UNSEAL<br>INDICTMENT AS<br>TO DEFENDANTS<br>STANEK AND COX |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and Ethan D. Knight and Geoffrey A. Barrow, Assistant United States Attorneys, moves the Court for an order unsealing the Indictment in this matter as to Defendants Geoffrey Stanek and Travis Cox.

Dated this 12th day of February 2016.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Ethan D. Knight*

ETHAN D. KNIGHT, OSB #99298
GEOFFREY A. BARROW
Assistant United States Attorneys